JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 583 -- In re Professional Football Eligibility Rule Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 83/12/29 | 1 | MOTION, MEMORANDUM, SCHEDULE, AND CERT. OF SVC. -- United States Football League & The Arizona Professional Football Corp. SUGGESTED TRANSFEREE DISTRICT: C.D. California SUGGESTED TRANSFEREE JUDGE: (emh) |
| 84/01/09 | | APPEARANCES -- WILLIAM R. NEVITT, JR., ESQ. for Robert F. Boris; ROBERT A. LANGENDORF, ESQ. for Kenneth Durrell; CHARLES LISTER, ESQ. for National Football League; THOMAS E. LORDAN, ESQ. for UNITED STATES FOOTBALL LEAGUE, THE ARIZONA PROFESSIONAL FOOTBALL CORP. d/b/a/ Arizona Wranglers and Chicago Football Club, Inc. (ds) |
| 84/01/13 | 2 | RESPONSE/MEMORANDUM -- pltf. Robert F. Boris w/cert. of svc. (ds) |
| 84/01/13 | 3 | RESPONSE/MEMORANDUM -- National Football League w/cert. of svc. (ds) |
| 84/01/17 | 4 | RESPONSE/MEMORANDUM -- pltf. Kenneth Durrell w/cert. of svc. (ds) |
| 84/01/20 | 5 | LETTER/REQUEST FOR EXPEDITED HEARING -- filed by U.S. Football League, Arizona Professional Football Corp., Chicago Football Club, Inc. (signed by Thomas Lordan) -- w/svc. (emh) |
| 84/01/20 | 6 | REPLY -- U.S. Football League, Arizona Wranglers, & Chicago Football Club -- w/cert. of svc. (emh) |
| 84/01/23 | 7 | LETTER -- (amending pldg. No. 6 with corrections) -- filed by U.S. Football League, Arizona Wranglers, & Chicago Football Club -- w/cert. of svc. (ds) |
| 84/02/24 | | HEARING ORDER -- Setting motion of United States Football League and The Arizona Professional Football Corp. to transfer of action to C.D. California -- in Birmingham, Alabama on March 29, 1984 (emh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/03/05 | 8 | SUPPLEMENTAL MEMORANDUM --plaintiff Robert F. Boris -- w/cert. of svc. (rh) |
| 84/03/16 | 9 | NOTICE OF WITHDRAWAL OF MOTION TO TRANSFER -- United States Football League;and the Arizona Professional Football Corp. -- w/cert. of service (cds) |
| 84/03/16 |  | ORDER DEEMING MOTION WITHDRAWN AND VACATING HEARING ORDER -- Notified involved judges, clerks and counsel (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 583 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE PROFESSIONAL FOOTBALL ELIGIBILITY RULE LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | | | | | | |

### Special Transferee Information

Mot. Withdrawn

DATE CLOSED: 3/16/84

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 583 -- In re Professional Football Eligibility Rule Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Robert F. Boris v. United States Football League, et al. | C.D.Calif. Waters | CV83-4980-LEW(Kx) | | | | Mot withdrawn 3/16/84 |
| A-2 | Kenneth Durrell v. National Football League, et al. | N.D.Ill. Kocoras | 83C7908 | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 583  --  In re Professional Football Elibibility Rule Litigation

ROBERT F. BORIS (A-1)
William R. Nevitt, Jr., Esquire
Wright & L'Estrange
701 "B" Street, Suite 2160
San Diego, California  92101

KENNETH DURRELL (A-2)
Robert A. Langendorf, Esquire
180 N. LaSalle
Suite 2505
Chicago, Illinois  60601

NATIONAL FOOTBALL LEAGUE
Charles Lister, Esquire
Covington & Burling
1201 Pennsylvania Ave., N.W.
P.O. Box 7566
Washington, D. C.  20044

UNITED STATES FOOTBALL LEAGUE
THE ARIZONA PROFESSIONAL FOOTBALL CORP.
  d/b/a Arizona Wranglers
CHICAGO  FOOTBALL CLUB, INC.
Thomas E. Lordan, Esquire
Meyers, Greger & Pohlman
3003 North Central Avenue
Suite 2110
Phoenix, Arizona  85012

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 583 -- In re Professional Football Eligibility Rule Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| ✓ United States Football League | A-1, A-2 |
| ✓ Arizona Professional Football Corp. | A-1 |
| ✓ National Football League | A-2 |
| ✓ Chicago Football Club, Inc. | A-2 |
| ✓ Arizona Wranglers (also doing business as Ariz. Prof. Football League) | |
| ✓ Chicago Blitz (also doing business as Chicago Football Club, Inc.) | |