JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAR 16 1984

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 583

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE PROFESSIONAL FOOTBALL ELIGIBILITY RULE LITIGATION

ORDER DEEMING MOTION WITHDRAWN
AND
VACATING HEARING ORDER

This matter is presently before the Panel pursuant to a motion under 28 U.S.C. §1407 to centralize the two actions on the attached Schedule A in the Central District of California for coordinated or consolidated pretrial proceedings. The movants, the United States Football League, the Arizona Professional Football Corporation, doing business as the Arizona Wranglers, and the Chicago Football Club, Inc., have advised the Panel that they wish to withdraw the Section 1407 motion, without prejudice to their right to re-file the motion.

IT IS THEREFORE ORDERED that movants' request to withdraw the motion be granted, and that the motion be, and the same hereby is, DEEMED WITHDRAWN.

IT IS FURTHER ORDERED that the hearing order filed on February 24, 1984, as amended March 5, 1984 and March 16, 1984, and the schedule attached thereto be, and the same hereby are, VACATED insofar as they relate to the above-captioned litigation.

FOR THE PANEL:

*Andrew A. Caffrey*

Andrew A. Caffrey
Chairman

SCHEDULE A

<u>Central District of California</u>

<u>Robert F. Boris v. United States Football League, et al.</u>, Civil Action No. CV-883-4980-LEW)Kx)

<u>Northern District of Illinois</u>

<u>Kenneth Durrell v. National Football League, et al.</u>, Civil Action No. 83C7908